UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:20-mj-00336-JHR |
| v. ) | |
| ) | |
| JEFFREY PILETTE PHILLIPS ) | |

## MOTION TO REVOKE BAIL

The United States moves that the Court revoke Defendant's pre-trial release. In support of this motion, the Government states the following:

1. On March 23, 2021, Defendant Jeffrey Pilette-Phillips appeared via video, before the United States District Court for an initial appearance before John H. Rich III, U.S Magistrate Judge. The Defendant was released on Pretrial supervision.

2. On March 23, 2021, the Defendant was ordered released on a $10,000 unsecured bond with conditions of pretrial supervision including those described below.

*A. Condition 3*

The defendant must advise the Court or the Pretrial Services officer or supervising officer in writing before making any change of residence or telephone number.

*B. Condition 7(a)*

The defendant shall submit to supervision by and report for supervision to the United States Probation office.

3. As is more fully set forth in the declaration of United States Probation Officer Sharon Reinheimer (attached as Exhibit 1), Defendant has violated his conditions of release.

WHEREFORE, the United States requests that the Court forthwith enter an order on an ex parte basis directing the Clerk to issue a warrant for Defendant's arrest. The United States further

1

requests that, after hearing, the Court enter an order revoking Defendant's pre-trial release.

Date: April 12, 2021

        Respectfully submitted,

        Donald E. Clark
        Acting United States Attorney

        /s/ Johnathan G. Nathans
        Johnathan G. Nathans
        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:20-mj-00336-JHR |
| v. ) | |
| ) | |
| JEFFREY PILETTE PHILLIPS ) | |

### DECLARATION OF SHARON REINHEIMER

I, Sharon Reinheimer, United States Probation Officer for the District of Maine, do hereby declare as follows:

#### Background

On March 23, 2021, Defendant Jeffrey Pilette-Phillips was released on a $10,000 unsecured bond with conditions of pretrial supervision including those described below.

A. Condition 3

The defendant must advise the Court or the Pretrial Services officer or supervising officer in writing before making any change of residence or telephone number.

B. Condition 7(a)

The defendant shall submit to supervision by and report for supervision to the United States Probation office.

#### Basis for Revocation

On April 8, 2021, this officer was contacted by a U.S. Probation Office in the District of Massachusetts who advised the defendant was not residing at his address on file and his telephone number was no longer working. The defendant was released to Pretrial supervision and was being supervised in the District of Massachusetts. According to the supervising officer, a home visit was conducted on April 7, 2021, at which she was advised by the defendant's girlfriend that his whereabouts were unknown.



GOVERNMENT'S EXHIBIT 1

1

Since the defendant's release on March 23, 2021, he has failed to make contact with the probation office.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed on September 9, 2019.

Sharon Reinheimer
U.S. Probation Officer

2